**Troy Monge, Esq.**
Law Offices of Martin Taller, APC
2300 E. Katella Avenue, Suite 440
ANAHEIM, CALIFORNIA 92806
TELEPHONE (714) 385-8100
troymonge@hotmail.com

Attorney Bar #217035
Attorneys for Fernando Bravo Sr.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO BRAVO SR.,<br><br>    Plaintiff,<br><br>    v<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | No. SACV 12-00014 RZ<br><br>[~~PROPOSED~~] ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND COSTS |

    Based upon the parties' Stipulation for Award and Payment of Equal Access to Justice Act Fees, Costs and Expenses:

    IT IS ORDERED that the Commissioner shall pay to Plaintiff the amount of THREE THOUSAND TWO HUNDRED DOLLARS and NO CENTS ($3,200.00) for attorney fees and NINETEEN DOLLARS and FORTY-NINE CENTS ($19.49) for costs~~, as authorized by 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation~~.

    Dated: August 21, 2012

                                          /s/ Ralph Zarefsky
                                 THE HONORABLE RALPH ZAREFSKY
                                 UNITED STATES MAGISTRATE JUDGE

1